IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 14 C 0892 |
| | ) | |
| | ) | |
| v. | ) | Judge Ellis |
| | ) | Magistrate Judge Mason |
| PDR NETWORK, LLC, | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiff Able Home Health, LLC and Defendant PDR Network, LLC by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff Able Home Health, LLC's individual claims against Defendant PDR Network, LLC with prejudice and without costs. Plaintiff Able Home Health, LLC's class claims against Defendant PDR Network, LLC are dismissed without prejudice and without costs. Plaintiff Able Home Health, LLC's claims against John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Michael E. Baughman (w/ permission) |
| Daniel A. Edelman | John A. Leja |
| Heather Kolbus | POLSINELLI PC |
| EDELMAN, COMBS, LATTURNER | 161 N. Clark Street, Suite 4200 |
| & GOODWIN, LLC | Chicago, IL 60601 |
| 20 S. Clark Street, Suite 1500 | (312) 819-1900 |
| Chicago, IL 60603 | |
| (312) 739-4200 | Michael E. Baughman |

(312) 419-0379 (FAX)                                    Robert L. Hickock
                                                        PEPPER HAMILTON
                                                        Two Logan Square, Suite 3000
                                                        Philadelphia, PA 19103
                                                        (215) 981-4964

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on November 4, 2014, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following:

John A. Leja jleja@polsinelli.com
Michael E. Baughman baughmanm@pepperlaw.com
Robert L. Hickok hickokr@pepperlaw.com

Joseph J. Siprut jsiprut@siprut.com
Gregg M. Barbakoff gbarbakoff@siprut.com
Ismael T. Salam isalam@siprut.com


                                                 s/ Heather Kolbus
                                                 Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)